JOHN O. NELSON, Appellant, *v.* HENRY M. CUMMINGS, Respondent.

(Submitted October 5, 1936; decided October 6, 1936.)

*Thomas J. Gallagher* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.